Osman M. Taher, Esq. (State Bar No. 272441)
**TAHER LAW FIRM**
20062 S.W. Birch Street, Ste. 200
Newport Beach, CA 92660
Phone:      (949) 734-0108
Fax:        (888) 515-5510
Email:      info@taherlawfirm.com

Attorneys for: Plaintiff, ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>                 Plaintiff,<br><br>v.<br><br><br>JERICK HACOBIAN; an individual; SMULL TIC PROPERTIES, LLC, a California limited liability company; ARAGON ENTERPRISES, LLC, a California limited liability company; HANDSPRING PROPERTIES, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>                 Defendants. | **Case No**. 2:20-cv-06358-VAP-AFMx<br><br>Hon. Virginia A. Philips<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, JERICK HACOBIAN, PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURES**<br><br><br>Complaint Filed: July 17, 2020<br>Trial Date: None |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE

                              1

1

2

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal

3

4

without prejudice, only as to JERICK HACOBIAN, a named defendant in Plaintiff's

5

Complaint in the above-captioned action. Anthony Bouyer and Jerick Hacobian shall

6

each bear his own costs and attorney's fees.

7

8

9

Dated: August 21, 2020                    **TAHER LAW FIRM**

10

11

By: /s/ Osman M. Taher, Esq.
    Osman M. Taher, Esq.

12

    Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE

2

1

2

3

## <u>CERTIFICATE OF SERVICE</u>

4

5

6

7

I certify that on August 21, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

8

9

10

11

12

13

14

Dated: August 21, 2020            **TAHER LAW FIRM**

By: /s/ Osman M. Taher, Esq.
        Osman M. Taher, Esq.
        Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE

3