Osman M. Taher, Esq. (State Bar No. 272441)
TAHER LAW FIRM
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Phone: (949) 734-0108
Fax: (888) 515-5510
Email: info@taherlawfirm.com

Attorneys for Plaintiff ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JERICK HACOBIAN; an individual; SMULL TIC PROPERTIES, LLC, a California limited liability company; ARAGON ENTERPRISES, LLC, a California limited liability company; HANDSPRING PROPERTIES, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-06358-VAP-AFM<br><br>Hon. Virginia A. Phillips<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: July 17, 2020<br>Trial Date: None Set |

NOTICE OF SETTLEMENT
1

Please take notice that Plaintiff, ANTHONY BOUYER and Defendants, **SMULL TIC PROPERTIES, LLC, a California limited liability company; ARAGON ENTERPRISES, LLC, a California limited liability company; HANDSPRING PROPERTIES, LLC, a California limited liability company**, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on September 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: September 22, 2020                **TAHER LAW FIRM**

By:   */s/ Osman M. Taher, Esq.*
         Osman M. Taher, Esq.
       Attorneys for Plaintiff,
         Anthony Bouyer