Osman M. Taher, Esq. (State Bar No. 272441)
**TAHER LAW FIRM**
20062 S.W. Birch Street, Ste. 200
Newport Beach, CA 92660
Phone:	(949) 734-0108
Fax:	(888) 515-5510
Email:	info@taherlawfirm.com

Attorneys for: Plaintiff, ANTHONY BOUYER


Catherine J. Weinberg, Esq. (State Bar No. 222066)
**BUCKNER, ROBINSON & MIRKOVICH**
3146 Redhill Avenue, Suite 200
Costa Mesa, CA. 92626
(714) 432-0990
cweinberg@bamlaw.net

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JERICK HACOBIAN; an individual; SMULL TIC PROPERTIES, LLC, a California limited liability company; ARAGON ENTERPRISES, LLC, a California limited liability company; HANDSPRING PROPERTIES, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | **Case No.**: 2:20-cv-06358-VAP-AFMx<br><br><br><br>**JOINT STIPULATION FOR THE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

1

TO THIS HONORABLE COURT AND TO ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, ANTHONY BOUYER ("Plaintiff") and defendants, SMULL TIC PROPERTIES, LLC, a California limited liability company; ARAGON ENTERPRISES, LLC, a California limited liability company; HANDSPRING PROPERTIES, LLC, a California limited liability company ("Defendant"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 09, 2020

**TAHER LAW FIRM**

By: /s/ *Osman M. Taher*
    Osman M. Taher, Esq.
    Attorney for Plaintiff
    Anthony Bouyer

DATED: November 09, 2020

**BUCKNER, ROBINSON & MIRKOVICH**

By: /s/ *Catherine J. Weinberg*
    Catherine J. Weinberg Esq.
    Attorneys for Defendants

## **Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Osman M. Taher, hereby do attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 09, 2020          By: /s/ *Osman M. Taher*