```
                    FILED
            CLERK, U.S. DISTRICT COURT

              November 10, 2020

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      VPC       DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JERICK HACOBIAN; an individual; SMULL TIC PROPERTIES, LLC, a California limited liability company; ARAGON ENTERPRISES, LLC, a California limited liability company; HANDSPRING PROPERTIES, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No.**: 2:20-cv-06358-VAP-AFMx<br><br>**ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action

with Prejudice filed by plaintiff, Anthony Bouyer, ("Plaintiff") and defendants,

1

ORDER for Dismissal of the Entire Action with Prejudice

1 | SMULL TIC PROPERTIES, LLC, a California limited liability company;

2 | ARAGON ENTERPRISES, LLC, a California limited liability company;

3 |
4 | HANDSPRING PROPERTIES, LLC, a California limited liability company

5 | ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's

6 | Complaint in the above-entitled action, in its entirety. Each party shall bear its own

7 | costs and attorneys' fees.
8 |

9 |     IT IS SO ORDERED.

12 | DATED: November 10, 2020

13 | _____
14 | UNITED STATES DISTRICT JUDGE